UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DiAngelo Waters, Jr.,

            Plaintiff,        Case No. 15-cv-10567
                                  Hon. Judith E. Levy
v.                                    Mag. Judge Anthony P. Patti

Metropolitan Property and
Casualty Insurance Company,

            Defendant.

_____/

## STIPULATED ORDER OF DISMISSAL

Upon Stipulation of the parties, and the Court being otherwise fully satisfied in the premises;

IT IS HEREBY ORDERED that this case is dismissed with prejudice and with no costs or attorney fees to any party;

IT IS FURTHER ORDERED that this Order resolves all pending claims and closes this case.

IT IS SO ORDERED.

Dated: August 24, 2015            s/Judith E. Levy
Ann Arbor, Michigan            JUDITH E. LEVY
                                            United States District Judge

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 24, 2015.

                                      s/Felicia M. Moses
                                      FELICIA M. MOSES
                                      Case Manager